IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TRUDY BROWN, DELVIN SERRANO, JENNIFER SERRANO, ANNA KIMBRELL, CANDACE DOSS, and other similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>RIVER CITY CLEANING & RESTORATION, INC. d/b/a SERVICE MASTER CLEANING & RESTORATION, WILLIAM B. BARBEE, JR., and ROBERT WHITE, <br><br>Defendants. | Civil Action No. 1:14-cv-00277-CLC-SKL |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, having entered into a voluntary settlement of all claims in this litigation and having fulfilled all necessary obligations under the terms of their confidential settlement and release agreement, hereby stipulate to the dismissal, with prejudice, of the above-captioned action. Each Party to bear their own costs except as otherwise agreed.

Respectfully submitted this 9th day of September, 2015.

          s/Mark E. Stamelos
          Mark E. Stamelos (TN 021021)
          **FORDHARRISON LLP**
          150 3rd Avenue South, Suite 2010
          Nashville, Tennessee 37201
          Telephone: (615) 574-6700
          Facsimile: (615) 574-6701
          mstamelos@fordharrison.com

          **COUNSEL FOR DEFENDANTS**

                                        s/Donna J. Mikel (*w/ permission*)
                                        Donna J. Mikel (BPR 020777)
                                        711 Cherry Street
                                        Chattanooga, TN 37402
                                        Phone: (423)266-2121
                                        Fax: (423)266-3324
                                        dmikel@bdplawfirm.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served on the following attorney via ECF this 9th day of September 2015:

Donna J. Mikel
711 Cherry Street
Chattanooga, TN 37402
Phone: (423)266-2121
Fax: (423)266-3324
Email: dmikel@bdplawfirm.com


                                        s/Mark E. Stamelos

WSACTIVELLP:7894126.1